IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:01CR3092-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| VITALIY S. LUKYANOV, | ) | |
| Defendant. | ) | |

This matter came on to consider the defendant's motion to terminate supervised release (filing 175). Having considered the matter, and there being no objections by the U.S. Probation Offices for the District of Nebraska and District of Kansas, nor by the government,

IT IS ORDERED that:

(1) The defendant's motion to terminate supervised release (filing 175) is granted.

(2) Defendant Lukyanov's term of supervised release is terminated as of this date.

(3) The Clerk of Court shall provide a certified copy of this memorandum and order to the following persons:

Roderick Freeman
United States Probation Officer
M-35 Robert J. Dole U.S. Courthouse
500 State Ave.
Kansas City, KS 66101-2400

Mike Spike
Supervising Agent
Intensive Supervision Appearance Program
Behavioral Interventions, Inc.
1734 E. 63rd St. Ste. 300
Kansas City, MO 64110

(4)  The Clerk shall provide notice of this order to counsel of record in this case via CM/ECF.

DATED this 20th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge